**No. 10-11072. Jeffery Allen Bastedo, Petitioner v. Florida.**

565 U.S. 865, 132 S. Ct. 210, 181 L. Ed. 2d 113, 2011 U.S. LEXIS 6400.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 49 So. 3d 752.